IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EVELYN BROWN, IRENE BROWN,
LORENE PITTS, PEARLIE WATSON,
and CURTIS BROWN                                                                                       PLAINTIFFS

VS.                                          CASE NO. 07-CV-00234

PATHFINDER, INC.                                                                                      DEFENDANT

## ORDER

Before the Court is a Motion for Voluntary Dismissal filed on behalf of the plaintiffs, Evelyn Brown, Irene Brown, Lorene Pitts, Pearlie Watson, and Curtis Brown. (Doc. No. 28). Upon consideration, the Court finds that the motion should be and hereby is **granted**. Pursuant to Fed. R. Civ. P. 41(a)(2), the above styled and numbered case is hereby dismissed without prejudice. If this matter is refiled in any court Plaintiffs will be ordered to pay any costs and expenses, including reasonable attorneys' fees, which are duplicated as a result of refiling.

IT IS SO ORDERED, this 27th day of March, 2009.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge